IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LERON WILBORN,

    Petitioner,

-vs-

DONALD GAETZ,

    Respondent.                       No. 10-cv-423-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Report and Recommendation from United States Magistrate Judge Donald G. Wilkerson.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on January 8, 2013, the Report and Recommendation is adopted and this habeas petition pursuant to 28 U.S.C. §2254 is **DENIED**. Petitioner's claims are **DISMISSED with prejudice**.

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT


                                  BY:  s/*Sara Jennings*
                                            Deputy Clerk

**Dated:** January 8, 2013

                              David R. Herndon
                              2013.01.08
                              16:10:00 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT