IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LERON WILBORN,

      Petitioner,

-vs-

RANDY PFISTER,

      Respondent.                     No. 10-cv-423-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order Dismissing case (Doc. 43), the Report and Recommendation of Magistrate Judge Donald G. Wilkerson is **ADOPTED** in its entirety. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DENIED** and this case is **DISMISSED** with prejudice.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT


                                        BY:  s/*Sara Jennings*
                                                 Deputy Clerk

**DATED:** January 16, 2014

Digitally signed by David R. Herndon
Date: 2014.01.16 16:49:50 -06'00'

**APPROVED:**
      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**